IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00503-MSK

In the matter of :

ARGO KAUR,

    Petitioner,

v.

DAGGRIS INTELMANN,

    Respondent.

concerning A.-L., Minor child

---

**ORDER GRANTING PETITION FOR RETURN OF CHILD**

---

**PURSUANT TO** the Court's May 21, 2013 oral findings of fact and conclusions of law, incorporated herein by reference, the Petition for Return of the Child A.-L. **(# 1)** is **GRANTED**. On or before June 15, 2013, the Respondent shall effect the return of A.-L. to Estonia. Pursuant to 42 U.S.C. § 11607(b)(3), the Respondent shall bear the costs of returning the child. The Petitioner may file an appropriate motion for attorney's fees within 10 days of the date of this Order. The Clerk of the Court shall close this case.

Dated this 31st day of May, 2013.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              Chief United States District Judge