# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Chief Judge Marcia S. Krieger

**Civil Action No. 13-cv-00503-MSK**

**In the matter of :**

**ARGO KAUR,**

    **Petitioner,**

**v.**

**DAGGRIS INTELMANN,**

    **Respondent.**

**concerning A.-L., Minor child**

---

## ORDER GRANTING PETITION FOR RETURN OF CHILD
---

**PURSUANT TO** the Court's May 21, 2013 oral findings of fact and conclusions of law, incorporated herein by reference, the Petition for Return of the Child A.-L. **(# 1)** is **GRANTED**. On or before June 15, 2013, the Respondent shall effect the return of A.-L. to Estonia. Pursuant to 42 U.S.C. § 11607(b)(3), the Respondent shall bear the costs of returning the child. The Petitioner may file an appropriate motion for attorney's fees within 10 days of the date of this Order. The Clerk of the Court shall close this case.

    Dated this 31st day of May, 2013.

                                                **BY THE COURT:**

                                                *Marcia S. Krieger*
                                                _____

                                                Marcia S. Krieger
                                                Chief United States District Judge