IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00503-MSK

ARGO KAUR,

    Petitioner,

v.

DAGGRIS INTELMANN on behalf of A.L. KAUR,

    Respondent.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order filed on May 31, 2013 (**Doc. #28**) granting the Petition for Return of Child (**Doc. #1**), it is

ORDERED that Final Judgment is hereby entered in favor of the Petitioner Argo Kaur and against the Respondent Daggris Intelmann, on behalf of A.L. Kaur; Respondent shall bear the costs of returning the child, and the case is closed.  It is further

ORDERED that Petitioner may file an appropriate motion for attorney's fees within 10 days of the date of the Court's Order, and that Petitioner is AWARDED his costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 3rd day June, 2013.

                                          ENTERED FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                                          By: s/Edward P. Butler
                                          Edward P. Butler, Deputy Clerk